UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 07-23228-CIV-GOLD/McALILEY

PIERRE CASSEUS,

    Plaintiff,

v.

FIRST EAGLE, L.L.C. and SIEWDEO MAHARAJ,

    Defendants.
_____/

## FINAL JUDGMENT

The above action came before the Court upon the Court's grant of summary judgment in favor of the Defendants.

Accordingly, it is hereby ORDERED AND ADJUDGED as follows:

1. Final Judgment is entered in favor of Defendants, in light of the fact that they are not subject to the Fair Labor Standards Act, as their gross revenue does not meet the jurisdictional threshold.

2. Plaintiff shall take nothing from the aforementioned Defendants and shall go hence without pay.

3. The parties have agreed to bear their own fees and costs.

4. The Clerk is directed to CLOSE this file.

By order of Court this \‍<u>  </u> day of April, 2008.

                      STEVEN M. LARIMORE
                      Clerk of Court

                      By: Deputy Clerk

cc:
Counsel of record